Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3

|  |  |
|---|---|
| COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>         Defendant. | Before: Hon. _____,<br>         Judge<br><br>Court No. 24-00219 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ *Mario Toscano*
Clerk of the Court

1. Plaintiff, Coalition of American Manufacturers of Mobile Access Equipment, is a coalition of domestic producers of mobile access equipment and is therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(F).  Plaintiff was the petitioner in the original investigation of this proceeding and participated in the administrative review that is the subject of this appeal.  Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the 2022-2023 administrative review of the antidumping duty order on *Certain Mobile Access Equipment and Subassemblies from the People's Republic of China*, 89 Fed. Reg. 88,730 (Dep't Commerce Nov 8, 2024) (final results of antidumping duty administrative review; 2022-2023).  This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(iii).
(Brief description of the contested determination)

3. November 4, 2024
(Date of determination)

4. *Certain Mobile Access Equipment and Subassemblies from the People's Republic of China*, 89 Fed. Reg. 88,730 (Dep't Commerce Nov. 8, 2024) (final results of antidumping duty administrative review; 2022-2023)
(If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

          Timothy C. Brightbill, Esq.
          Laura El-Sabaawi, Esq.
          Maureen E. Thorson, Esq.
          Stephanie M. Bell, Esq.
          Elizabeth S. Lee, Esq.
          Theodore P. Brackemyre, Esq.
          Paul A. Devamithran, Esq.

          **WILEY REIN LLP**
          2050 M Street, NW
          Washington, DC 20036
          (202) 719-7000
          WileyTrade@wiley.law

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

December 6, 2024
Date

**SEE REVERSE SIDE**

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street and Constitution Ave. NW
Washington, DC 20230